418 P.2d 583

**STATE of Arizona ex rel. Robert K. CORBIN, County Attorney for Maricopa County, Petitioner,**

v

**SUPERIOR COURT of the State of Arizona In and For the COUNTY OF MARICOPA and the Honorable Howard F. Thompson, Judge thereof, Rita Elaine Kovacovich and William E. Kovacovich, Jr., Respondents.**

No. 8852.

Supreme Court of Arizona.
In Banc.
Oct. 4, 1966.

Robert K. Corbin, Maricopa County Atty., Henry J. Florence, Deputy County Atty., for petitioner.

Lewis, Roca, Scoville, Beauchamp & Linton, Phoenix, for respondents.

PER CURIAM.

It is ordered the peremptory writ issue forthwith and the same be made permanent on the authority of State ex rel. Corbin v. Superior Court, 100 Ariz. 104, 412 P.2d 45.